**CITY OF LEXINGTON, a municipal corporation, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

George F. Rabe, Corporation Counsel, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, David C. Short, David D. Beals, Asst. Attys. Gen., Frankfort, Howard Downing, County Atty., Nicholasville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

---

**YOCOM, Commissioner of Labor and Custodian of the Special Fund, Appellant,**

v.

**BALLS AND PITTSBURGH AND MIDWAY COAL COMPANY and Workmen's Compensation Board of Kentucky, Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Robert D. Hawkins, Chief Counsel for Special Fund, Department of Labor, Arthur R. Samuel, Department of Labor, Frankfort, for appellant.

Leland Monhollon, Thomas A. Mitchell, Madisonville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

---

**William DYE, Appellant,**

v.

**Roscoe (Bill) WALTERS, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Robert T. Schneider, Horse Cave, for appellant.

Robert B. Hensley, Hensley & Mintmire, Horse Cave, for appellee.

Memorandum Opinion of the Court by Special Commission S. RUSH NICHOLSON, Affirming.*

---

**Danny Joseph VEACH, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM, Affirming.*

---

* Opinion ordered not to be published.